589 A.2d 212

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Alexander T. ZDROK, Respondent.**

**No. 751 Disciplinary Docket No. 2 and Disciplinary Board Nos. 47 and 89 DB 87 and 15 and 23 DB 88.**

Supreme Court of Pennsylvania.

Argued April 11, 1991.

Decided April 30, 1991.

Jeffrey Philip Paul, Pottsville, for respondent.

Barbara S. Rosenberg, Philadelphia, Asst. Disciplinary Counsel.

Before LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

AND NOW, this 30th day of April, 1991, the Recommendation of the Disciplinary Board dated April 19, 1990, is accepted, and it is hereby

ORDERED that Alexander T. Zdrok be and he is disbarred from the Bar of this Commonwealth, and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

NIX, C.J., did not participate in the consideration or decision of this case.